# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN HARRINGTON, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:09-cv-00310-LJO-GSA PC<br><br>ORDER STRIKING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 8)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G)<br><br>(Doc. 3) |

Plaintiff Tahee Abd' Rasheed, aka James E. Smith, is a state prisoner proceeding pro se in this civil rights action filed on February 20, 2009. On February 24, 2009, pursuant to 28 U.S.C. § 1915(g), the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis, and requiring him to pay the $350.00 filing fee in full within thirty days.[1] On March 12, 2009, Plaintiff filed a motion seeking leave to proceed in forma pauperis, and seeking the issuance of a preliminary injunction mandating his placement on single cell status. The Court denied both motions on March 18, 2009. On March 19, 2009, Plaintiff filed an amended complaint, and on March 27, 2009, Plaintiff filed a second motion to proceed in forma pauperis.

///

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

1

1    Because Plaintiff was not under imminent danger of serious physical injury at the time he
2    filed this action, he may not proceed in forma pauperis in this action.[2] Andrews v. Cervantes, 493
3    F.3d 1047, 1053 (9th Cir. 2007). Plaintiff was notified of the requirement that he pay the filing fee
4    for this action, and given thirty days within which to do. More than sixty days have passed, and
5    Plaintiff has not complied with or otherwise responded to the Court's order directing him to do so.
6    Accordingly, Plaintiff's second motion to proceed in forma pauperis is STRICKEN from the
7    record, and this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. §
8    1915(g).

10   IT IS SO ORDERED.
11   **Dated:   April 27, 2009**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

---

[2] The claims in the original complaint arose from the non-receipt of books and religious oil Plaintiff ordered, allegedly in violation of his First Amendment rights. In his amended complaint, Plaintiff alleges very generally discrimination, retaliation, failure to process his discharge papers, denial of access to the law library, and failure to deliver to him law books, quarterly packages, and religious oil.