# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN HARRINGTON, et al.,<br><br>Defendants. | CASE NO. 1:09-cv-00310-LJO-GSA PC<br><br>ORDER DENYING MOTION, WITH PREJUDICE<br><br>(Doc. 10) |

Plaintiff Tahee Abd' Rasheed, aka James E. Smith, is a state prisoner who was proceeding pro se in this civil rights action filed on February 20, 2009. This action was dismissed on April 28, 2009. 28 U.S.C. § 1915(g). Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). On May 4, 2009, Plaintiff filed a motion seeking leave to proceed in forma pauperis in this action on the ground that he is in imminent danger and is being precluded from spending his money on filing fees.

The complaint filed in this action did not meet the imminent danger exception under section 1915(g). Plaintiff's motion is without merit, and is HEREBY DENIED, with prejudice. Any further relief sought in this action must be directed to the appellate court.

IT IS SO ORDERED.

Dated:   May 6, 2009                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE